ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR -1 AM 8:13

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| STANLEY R. GRACEY,        ) | |
| ) | |
| Movant,                   ) | |
| ) | |
| v.                        ) | CV 104-28 |
| ) | (CR 101-20) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent.               ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The Title 28, United States Code, Section 2255 motion is **DENIED,** and this civil action is **CLOSED.**

SO ORDERED this 1st day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE